### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NOE ALVAREZ, individually and on behalf of similarly situated individuals, | No. 19-cv-05592 |
| *Plaintiff*, | Hon. Gary S. Feinerman |
| v. | Magistrate Judge M. David Weisman |
| TRIUNE LOGISTICS, LLC, an Illinois limited liability company, | |
| *Defendant.* | |

### NOTICE OF VOLUNTARY DISMISSAL
### OF DEFENDANT MENASHA CORPORATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Noe Alvarez voluntarily dismisses his claims against Defendant Menasha Corporation. Plaintiff's dismissal is without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B). Plaintiff's dismissal will *not* dispose of this action in its entirety; the lawsuit will continue against Defendant Triune Logistics, LLC.

Dated: December 5, 2019

Respectfully submitted,

NOE ALVAREZ, individually and on behalf of a class of similarly situated individuals

By: /s/ Jad Sheikali
    *One of Plaintiff's Attorneys*

Jad Sheikali
Timothy P. Kingsbury
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
jsheikali@mcgpc.com
tkingsbury@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 5, 2019, I caused the foregoing *Notice of Voluntary Dismissal of Defendant Menasha Corporation* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Jad Sheikali