# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Noe Alvarez

                      Plaintiff,

v.                                                       Case No.: 1:19−cv−05592
                                                           Honorable Gary Feinerman

Triune Logistics, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 3, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held. For the reasons stated on the record, and with Plaintiff's agreement, this case is remanded to the Circuit Court of Cook County, Illinois. See Estate of Alvarez v. Donaldson Co., 213 F.3d 993, 994−96 (7th Cir. 2000); 28 U.S.C. 1332(d)(4)(B). The Clerk shall effectuate the remand without delay. Civil case remanded.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.